# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMS USA, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-01443 |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY | § | |

**DEFENDANT'S NOTICE OF REMOVAL**
**EXHIBIT C: COPIES OF PLEADINGS ASSERTING**
**CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, The Travelers Lloyds Insurance Company, the defendant in the above entitled and numbered cause, and files copies of all pleadings asserting causes of action and all answers to such pleadings as required by Local Rule 81.2.



# Notice of Service of Process

SLM / ALL
Transmittal Number: 15124522
Date Processed: 05/09/2016

| | |
|---|---|
| **Primary Contact:** | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street,  MC 515A<br>Saint Paul, MN 55102 |
| **Entity:** | The Travelers Lloyds Insurance Company<br>Entity ID Number  2380750 |
| **Entity Served:** | Travelers Lloyds Insurance Company |
| **Title of Action:** | Ems USA, Inc vs. The Travelers Lloyds Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Harris County District Court, Texas |
| **Case/Reference No:** | 2016-28193 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 05/06/2016 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | David S. Lynch<br>713-651-0111 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

| | |
|---|---|
| RECEIPT NUMBER | 0.00 |
| TRACKING NUMBER | 73242793 ATY |

**CAUSE NUMBER** 201628193

**PLAINTIFF:** EMS USA INC
vs.
**DEFENDANT:** TRAVELERS LLOYDS INSURANCE COMPANY

In The 80th
**Judicial District Court of Harris County, Texas**

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

TO: TRAVELERS LLOYDS INSURANCE COMPANY (A TEXAS CORPORATION) BY SERVING
ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701

_CARLOS B. LOPEZ_
_CONSTABLE, PCT 5, TRAVIS COUNTY, TEXAS_
BY: _____
DEPUTY

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the __2nd__ day of __May__, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __3rd__ day of __May__, 20__16__.

Issued at request of:
LYNCH, DAVID SCOTT
9 GREENWAY PLAZA #1100
HOUSTON, TX 77046
TEL: (713) 653-7300
Bar Number: 12725825

_Chris Daniel_
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: GARIBAY, ARIANA MICHELLE
FJ6//10372950

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____ (STREET ADDRESS), _____ (CITY),
in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___.M.,
by delivering to _____ (THE DEFENDANT CORPORATION NAMED IN CITATION), by delivering to its
_____ (REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT), in person, whose name is _____,
a true copy of this citation, with a copy of the _____ (DESCRIPTION OF PETITION, E.G., "PLAINTIFFS ORIGINAL") Petition attached,
and with accompanying copies of _____ (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION).

I certify that the facts stated in this return are true by my signature below on the __Cari day of Lopez__, 20__
FEE: $_____
By: _Constable Pct. 5, Travis County, Texas_
(SIGNATURE OF OFFICER)

Printed Name: _____

_____
Affiant Other Than Officer

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____

_____
Notary Public

N.INT.CITC.P          *73242793*

5/2/2016 9:15:42 AM
Chris Daniel - District Clerk Harris County
Envelope No. 10396413
By: Ariana Garibay
Filed: 5/2/2016 9:15:42 AM

**2016-28193 / Court: 080**

CAUSE NUMBER _____

| | | |
|---|---|---|
| EMS USA, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW EMS USA, INC., Plaintiff, complaining of THE TRAVELERS LLOYDS INSURANCE COMPANY, Defendant, and for cause of action would respectfully show the Court as follows:

**DISCOVERY CONTROL PLAN**

I.

Plaintiff requests that discovery be conducted under Level 3 of the Texas Rules of Civil Procedure 190 and further requests that the Court order a discovery control plan according to such rule.

**PARTIES**

II.

Plaintiff EMS USA, Inc. is a Delaware corporation having its principal place of business in Houston, Harris County, Texas.

III.

Defendant The Travelers Lloyds Insurance Company is a Texas corporation having its principal place of business in the State of Texas and may be served with service of process by

4844-3313-2848.v1

serving its agent for service of process in the state of Texas, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

IV.

The amount in controversy is within the jurisdictional limits of this Court. Plaintiff seeks relief in excess of $1,000,000.

V.

Venue is proper in Harris County, Texas, in that EMS USA, Inc. is a corporation having its principal place of business in Harris County, Texas. TEX. CIV. PRAC. & REM. CODE §15.032. Further, Harris County is the county in which all or a substantial part of the events or omissions giving rise to this claim occurred. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

## FACTS

VI.

Defendant issued a builders risk policy of insurance to EMS Holdings I, Inc., policy number QT-660-8070X278-TLC-15, with effective dates from September 1, 2015 to September 1, 2016 (the "Policy"). Plaintiff is a named insured under the Policy.

VII.

Plaintiff entered into a contract with Martin Operating Partnership, L.P. to construct a natural gas pipeline in Jefferson County, Texas. Plaintiff subcontracted with Isaacs Directional Drilling Co. to provide a horizontal directional drill across the tract of land where the pipeline was to be constructed. On or about November 13, 2015, the pipeline became stuck in the hole. Attempts to remove the pipeline were unsuccessful. Plaintiff sustained a loss in the amount of

One Million Nine Hundred Twenty Nine Thousand Two Hundred Twenty Three and 31/100 Dollars ($1,929,223.31) (the "Loss").

VIII.

The project was covered by the Policy issued by Defendant. Plaintiff has filed three proofs of claim under the Policy for the Loss. Defendant has denied the proofs of claim. Plaintiff is entitled to recover the sum of One Million Nine Hundred Twenty Nine Thousand Two Hundred Twenty Three and 31/100 Dollars ($1,929,223.31) from Defendant under the terms of the Policy.

## CAUSES OF ACTION

IX.

Defendant has breached the contract of insurance. As a result, Plaintiff has sustained damages in the amount of One Million Nine Hundred Twenty Nine Thousand Two Hundred Twenty Three and 31/100 Dollars ($1,929,223.31).

X.

Defendant denied Plaintiff's claim under the Policy without making a reasonable investigation of the claim. Further, Defendant failed to attempt in good faith to effect a prompt, fair, and equitable settlement of the claim when liability had become reasonably clear. TEX. INS. CODE §§ 542.003 (3) and (4). Defendant has received all reasonable material and information to enable Defendant to accept the claim under the Policy. Despite this, Defendant has failed to pay the claim as required by the Policy within the required time period. TEX. INS. CODE § 542.056, 542.057 and 542.058. Defendant is liable to Plaintiff for interest on the amount of the claim at the rate of eighteen percent (18%) per year as damages. TEX. INS. CODE § 542.060.

XI.

Plaintiff has retained attorneys to prosecute this claim against Defendant. Plaintiff is entitled to recover reasonable and necessary attorneys fees incurred in the prosecution of this claim. TEX. CIV. PRAC. & REM. CODE § 38.001; TEX. INS. CODE §542.060. Further, Plaintiff is entitled to recover prejudgment and post judgment interest on the sums awarded in this lawsuit.

XII.

All conditions precedent to Plaintiff's right to recover have been performed, have occurred, or have been waived. TEX. R. CIV. P. 54.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, EMS USA, Inc., Plaintiff, prays that The Travelers Lloyds Insurance Company, Defendant, be cited to appear and answer herein and that upon trial Plaintiff recover judgment against Defendant for the following:

(a) The sum of One Million Nine Hundred Twenty Nine Thousand Two Hundred Twenty Three and 31/100 Dollars ($1,929,223.31);

(b) Reasonable and necessary attorneys' fees incurred in the prosecution of this lawsuit;

(c) Prejudgment interest at the rate of eighteen percent (18%);

(d) Prejudgment and post judgment interest at the legal rate;

(e) Costs of Court; and

(f) Any other relief, general or special, at law or in equity, to which Plaintiff may otherwise show itself to be justly entitled.

Respectfully submitted,

COATS | ROSE

By: _____
David S. Lynch
Texas Bar No. 12725825
dlynch@coatsrose.com
Daniel F. Shank
Texas Bar No. 18090400
dshank@coatsrose.com
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 (facsimile)

ATTORNEYS FOR PLAINTIFF
EMS USA, INC.

4844-3313-2848.v1

Case 4:16-cv-01443   Document 1-3   Filed in TXSD on 05/24/16   Page 9 of 12

Respectfully submitted,

COATS | ROSE

By: _____
David S. Lynch
Texas Bar No. 12725825
dlynch@coatsrose.com
Daniel F. Shank
Texas Bar No. 18090400
dshank@coatsrose.com
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 (facsimile)

ATTORNEYS FOR PLAINTIFF
EMS USA, INC.

4844-3313-2848.v1

## CAUSE NO. 201628193

| | | |
|---|---|---|
| **EMS USA, INC.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **THE TRAVELERS LLOYDS** | § | |
| **INSURANCE COMPANY** | § | **80TH JUDICIAL DISTRICT** |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, The Travelers Lloyds Insurance Company, the defendant in the above entitled and numbered cause, and files this its original answer to the plaintiff's original petition on file herein, and in support thereof would respectfully show the Court as follows:

I.

The defendant hereby generally denies the allegations contained in the plaintiff's petition on file herein pursuant to Rule 92 of the Texas Rules of Civil Procedure, and thus asserts its privilege of insisting that such allegations be proven by a preponderance of credible evidence.

II.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, the defendant notifies all parties to this lawsuit of the defendant's intent to introduce as evidence at any pretrial proceeding or at trial any document produced by any party in discovery in this lawsuit.

III.

The defendant specifically reserves the right to amend its answer to plead any affirmative defenses or other matters that must be specially pled and to assert any counterclaims or third-party claims it may have after discovery in this case is complete.

WHEREFORE, PREMISES CONSIDERED, the defendant, The Travelers Lloyds Insurance Company, moves and prays the Court that upon trial hereof, the plaintiff recover nothing, and that the defendant go hence with its costs, and for such other and further relief, both general and special, legal and equitable, to which the defendant may show itself justly entitled to receive.

Respectfully submitted,

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
gcw@obt.com
Warren B. Wise
State Bar No. 24075299
wwise@obt.com

ATTORNEYS FOR DEFENDANT,
THE TRAVELERS LLOYDS
INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on the 24th day of May, 2016, I electronically filed the foregoing with the Harris County Clerk via eFile Texas which will send notification of such filing to each counsel of record.

      /s/ Greg C. Wilkins