IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMS USA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 4:16-CV-01443 |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court having heard Defendant Travelers Lloyds Insurance Company's Second Motion for Summary Judgment, response and reply thereto, if any, and arguments of counsel, finds that Defendant Travelers Lloyds Insurance Company's Second Motion for Summary Judgment should be **DENIED**.

IT IS, THEREFORE, ORDERED that Defendant Travelers Lloyds Insurance Company's Second Motion for Summary Judgment is **DENIED**.

SIGNED this _____ day of _____, 2017.

_____
PRESIDING JUDGE

Approved:


COATS | ROSE, P.C.


By: */s/ David S. Lynch*
DAVID S. LYNCH
Texas State Bar No. 1272585
dlynch@coatsrose.com
DANIEL F. SHANK
Texas State Bar No. 18090400
dshank@coatsrose.com
TEIA MOORE KELLY
Texas State Bar No. 24074752
tkelly@coatsrose.com
Greenway Plaza, Suite 1100
Houston, Texas 77046
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

**ATTORNEYS FOR PLAINTIFF
EMS USA, INC.**