```
               UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
```

| | |
|---|---|
| EMS USA, Inc., | § |
| | § |
| | § |
| Plaintiff | § |
| | § |
| V. | § |
| | §   CA-H-16-1443 |
| The Travelers Lloyds | § |
| Insurance Company | |
| | |
| Defendant | |

### NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:     BOB CASEY FEDERAL BUILDING
           515 RUSK
           HOUSTON, TEXAS 77002
           COURTROOM 700, 7TH FLOOR

**DATE**:     April 20, 2018

TIME:     **3:00 P.M.**

TYPE OF PROCEEDING: Telephone Conference.

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE                    DATE:04.20.2018

/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD