United States District Court
Southern District of Texas
**ENTERED**
May 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMS USA, INC. | § § | |
| V. | § § | CIVIL ACTION NO. 4:16-CV-01443 |
| THE TRAVELERS LLOYDS INSURANCE COMPANY | § § § | |

## FINAL JUDGMENT

For the reasons stated in Magistrate Judge Nancy Johnson's Memorandum and Recommendation (Dkt. 35), which Memorandum and Recommendation was adopted by this Court by Order dated March 29, 2018 (Dkt. 37), the Plaintiff, EMS USA, Inc., **TAKES NOTHING** of and from the Defendant, The Travelers Lloyds Insurance Company, and the claims of the Plaintiff, EMS USA, Inc., against the Defendant, The Travelers Lloyds Insurance Company, are **DISMISSED WITH PREJUDICE TO THE RE-FILING OF SAME**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Final Judgment and provide all parties with a true copy. Signed at Houston, Texas on May 24, 2018.

Gray H. Miller
United States District Judge